D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

June 18, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Honorable Analisa N. Torres, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   District Judge review of ECF 202 as suggested by the Clerk of the Second Circuit

Your Honor,

1.   As described in ECF 229, the Clerk of the Court for the U.S.C.A. for the Second Circuit has suggested Your Honor's review of ECF 202 in lieu of an interlocutory appeal. As is the history with Magistrate Judge Cott, his ORDER provides no meaningful opportunity for the undersigned to be heard, consequently the ORDER is appealable pursuant to F.R.C.P. 60(b)(4) for due process violations. *Sec. & Exch. Comm'n v. Romeril*, 15 F.4th 166 (2d Cir. 2021), *United Student Aid Funds v. Espinosa*, 559 U.S. 260, 130 S. Ct. 1367, 176 L. Ed. 2d 158 (2010).

2.   As was the case with ECF 158 and 161, Magistrate Cott treats preliminary letters requesting leave of the court to file a motion as fully briefed "motions" which are swept under the rug, see Para. 8, ECF 203 (the rug). Magistrate Cott intends to deny due process and a meaningful opportunity to be heard to the undersigned and his ECF 204 request for leave (to withdraw his motion to dismiss and proceed with the acceptance of this Court's personal jurisdiction and prosecute the COUNTERCLAIM, ECF 138, against Goodman). Thus, the ORDER 202 is void for violations of the undersigned's due process rights and should be reviewed pursuant to F.R.C.P. 60(b)(4), if the Court is so inclined. Otherwise, the undersigned will continue with his response to ECF 229 on or before June 27, 2023.

3.   Under the penalties of perjury, the undersigned asserts that this filing is not unnecessarily duplicative; (ii) that the submission is not frivolous or made in bad faith or for any improper purpose; and (iii) that the filing complies with this Court's orders, the Federal Rules of Civil Procedure, and this Court's Local Rules.

Respectfully,   Signed this Father's Day, June 18, 2023 (06/18/2023).

*[signature: D. Swt]*

**D.G. SWEIGERT, PRO SE DEFENDANT**<br>
**PARENT OF HANDICAPPED SON**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com  and  MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com   and   jtmills@grsm.com

Courtesy copy to the U.S.C.A. for the Second Circuit

 prosecases@ca2.uscourts.gov

Certified under penalties of perjury.

Respectfully,    Signed this June 18, 2023 (06/18/2023).

*D. Sgt*

**PRO SE DEFENDANT**