# 23-874

# In the United States Court of Appeals

FOR THE SECOND CIRCUIT

Jason Goodman,

*Plaintiff Appellant*

v.

Christopher E. Bouzy

*Defendant-Appellee*

On Appeal from the United States District Court for the
Southern District of New York
Case No. 20-cv-10878 (AT-JLC) James Lloyd Cott

**SPECIAL RESPONSE LETTER TO THE COURT PER REQUEST OF THE CLERK OF THE COURT**

Signed this 22nd day of June 2023 (6/22/23)

*[signature: D. S---]*

**D. G. SWEIGERT PRO SE, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719**

Spoliation-notice@mailbox.org

## **BACKGROUND**

As stated in Case 23-874, Document 4, 06/13/2023, 3528414, Page1 of 1:

> IT IS HEREBY ORDERED that Appellant David George Sweigert file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due June 27, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction, copy to pro se appellant and Appellee, FILED.[3528414] [23-874] [Entered: 06/13/2023 11:21 AM

## JURISDICTIONAL STATEMENT

Mr. Sweigert appeals the district court's Magistrate Order, ECF 202, which had the practical effects of quashing Mr. Sweigert's ECF 201 letter to the court clarifying issues related to personal jurisdiction.

Under the totality of circumstances test, as was the case with ECF 158 and 161, Magistrate Cott treats preliminary letters requesting leave of the court to file a motion as fully briefed "motions", see Para. 8, of his Report and Recommendations (ECF 203). By his Order, Magistrate Cott denied Mr. Sweigert due process and a meaningful opportunity to be heard regarding ECF 204.

The opened ended prefiling injunction order (ECF 202) has denied Mr. Sweigert (1) a meaningful opportunity to be heard on the issue of personal jurisdiction, and (2) is a legal nullity for violation of Mr. Sweigert's due process rights. Thus, the Second Circuit has the responsibility of performing a de novo review of the Order (ECF 202).

Jurisdiction is conferred upon this Court by:

- AMENDMENT V, U.S. CONSTITUTION

- 28 U.S.C. § 1292

- Federal Rules of Civil Procedure Rule 60(b)(4)

- U.S. v. All Assets of Statewide Auto Parts, 971 F.2d 896 (2d Cir. 1992)

- SEC v. Romeril, 15 F.4th 166 (2d Cir. 2021)

## FRAP RULE 32 COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) as it contains 460 words.

This reply complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Times New Roman font.

Signed 22nd day of June, 2023 (6/22/2023) under the penalties of perjury.

*D. Sgt*

PROPOSED INTERVENOR
D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
**Spoliation-nation@mailbox.org**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Goodman

v.

Bouzy

**CERTIFICATE OF SERVICE***

Docket Number: 23-874

I, D. Geo. Sweigert, hereby certify under penalty of perjury that
(print name)

on June 22, 2023, I served a copy of Response to the Clerk of the Court
(date)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

(list all documents)

by (select all applicable)**

___ Personal Delivery        ___ United States Mail         ___ Federal Express or other
                                                                Overnight Courier

___ Commercial Carrier       _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jason Goodman | 252 7th Ave. | NYC | NY | 10001 |
| Brian Edward Middlebrook | 1 Battery Plaza | NYC | NY | 10004 |
| Elizabeth Lockwood | 300 New Jersey Ave. NW | WASH | DC | 20001 |
| Maxwell Mishkin | 1909 K St., NW | WASH | DC | 20006 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 22, 2023                                    D. Geo. Sweigert
Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)

# CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.
truth@crowdsourcethetruth.org

*Seth D. Berlin, esq. for Bot Sentinel, Inc.*
berlins@ballardspahr.com

*Maxwell Mishkin, esq. for Christopher E. Bouzy*
mishkinm@ballardspahr.com

*Elizabeth Lockwood, esq. for Ben Wittes and Nina Jancowicz*
liz.lockwood@alilockwood.com

*Mary Catherine Brennan, esq. for Margaret Esquenet*
MaryKate.Brennan@finnegan.com

*Brian Edward Middlebrook, esq. for Adam Sharp*

*John Tyler Mills, esq. for Adam Sharp*
bmiddlebrook@grsm.com  and  jtmills@grsm.com

Signed 22nd day of June, 2023 (6/22/2023) under the penalties of perjury.

*D. S⁓*

**APPELLANT
D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-nation@mailbox.org**