D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

June 26, 2023

*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals
40 Foley Square
New York, N.Y. 10007
Via e-mail message

SUBJ:	DOCKET NO. 23-874

Dear Madam,

1.	Background.  As stated in Case 23-874, Document 4, 06/13/2023, 3528414, Page1 of 1:

> *IT IS HEREBY ORDERED that Appellant David George Sweigert file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due June 27, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction, copy to pro se appellant and Appellee, FILED.[3528414] [23-874] [Entered: 06/13/2023 11:21 AM*

2.	Jurisdictional Statement.  Mr. Sweigert appeals the district court's Magistrate Order, ECF 202, which had the practical effects of quashing Mr. Sweigert's ECF 201 letter to the court clarifying issues related to personal jurisdiction.

3.   Under the totality of circumstances test, as was the case with ECF 158 and 161, Magistrate Cott treats Appellant's preliminary letters requesting leave of the court to file a motion as fully briefed "motions", see Para. 8, of his Report and Recommendations (ECF 203).  By his Order (ECF 202), Magistrate Cott denied Mr. Sweigert due process and a meaningful opportunity to be heard regarding ECF 204.

4.   The open ended prefiling injunction order (ECF 202) has denied Mr. Sweigert (1) a meaningful opportunity to be heard on the issue of personal jurisdiction, and (2) is a legal nullity for the violation of Mr. Sweigert's due process rights.  Thus, the Second Circuit has the responsibility of performing a de novo review of the Order (ECF 202).

5.   Jurisdiction is conferred upon this Court by:

- AMENDMENT V, U.S. CONSTITUTION
- 28 U.S.C. § 1292
- Federal Rules of Civil Procedure Rule 60(b)(4)
- U.S. v. All Assets of Statewide Auto Parts, 971 F.2d 896 (2d Cir. 1992)
- SEC v. Romeril, 15 F.4th 166 (2d Cir. 2021)

Respectfully,   Signed this June 26, 2023 (06/26/2023).

**D.G. SWEIGERT, PRO SE APPELLANT**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

berlins@ballardspahr.com

mishkinm@ballardspahr.com

liz.lockwood@alilockwood.com

margaret.esquenet@finnegan.com and MaryKate.Brennan@finnegan.com

bmiddlebrook@grsm.com and jtmills@grsm.com

Certified under penalties of perjury.

Respectfully,    Signed this June 26, 2023 (06/26/2023).

*D. S—t*    **PRO SE DEFENDANT/APPELLANT**