# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-four.

Jason Goodman,

    Plaintiff-Counter-Defendant -Appellee-Cross-Appellant,

v.

David George Sweigert,

    Defendant-Counter-Claimant-Appellant-Cross-Appellee,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

    Defendants-Appellees.

**ORDER**

Docket Nos. 23-874(L), 23-1021(Con), 23-1100(XAP)

Appellee-Cross-Appellant Jason Goodman moves for voluntary dismissal of his cross-appeal docketed under 23-1100.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court