# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-four,

Jason Goodman,

    Plaintiff-Counter-Defendant -Appellee-Cross-Appellant,

v.

David George Sweigert,

    Defendant-Counter-Claimant-Appellant-Cross-Appellee,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

    Defendants-Appellees.

**ORDER**
Docket No. 23-874

Appellant David George Sweigert's submission of a motion to consolidate does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion to consolidate is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court