# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-four.

Jason Goodman,

    Plaintiff-Counter-Defendant -Appellee,

v.

David George Sweigert,

    Defendant-Counter-Claimant-Appellant,

Christopher Ellis Bouzy, Bot Sentiel, Inc., George Webb Sweigert, Benjamin Wittes, Adam Sharp, Nina Jankowicz, Margaret Esquenet, The Academy of Television Arts & Sciences, Seth Berlin, Maxwell Mishkin,

    Defendants-Appellees.

**ORDER**

Docket Nos. 23-874(L), 23-1021(Con)

By order dated February 26, 2024, the Court lifted the stay of these appeals and directed Appellant to pay the filing fee or move for *in forma pauperis* status within 21 days of the order. Appellant has not complied with that order. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeals are dismissed effective May 2, 2024, if Appellant does not pay the filing fees or move for *in forma pauperis* status by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court